UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LORI CAVANAUGH, HELENE SHAFER, SANDRA DAVIS HARBOR AND DONALD RORIE, INDIVIDUALLY & ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER,<br><br>Defendant. | CIVIL ACTION NO: 3:12 cv 4200<br><br>JURY DEMANDED |

## ORDER GRANTING DEFENDANT NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER'S MOTION TO STAY ALL PROCEEDINGS PENDING RULING ON MOTION FOR TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

On this day came to be heard Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center's ("NECC") Motion to Stay All Proceedings Pending a Ruling on Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation. The Court, having read the pleadings on file and considering the evidence presented along with the arguments of the parties, is of the opinion that NECC's Motion to Stay All Proceedings Pending a Ruling on Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation should be GRANTED. It is, therefore,

ORDERED that NECC's Motion to Stay All Proceedings Pending a Ruling on Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation is granted. It is further,

2

ORDERED that all proceedings in this action, including pretrial discovery and future motion practice is stayed pending a ruling on the Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation. It is further,

ORDERED that the parties' obligations outlined in the Court's Order Requiring Scheduling Conference and Report for Contents of Scheduling Order of December 5, 2012 are stayed pending a ruling on the Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation.

_____
Barbara M.G. Lynn
United States District Judge
Northern District of Texas