# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| LORI CAVANAUGH, HELENE SHAFER, SANDRA DAVIS HARBOR AND DONALD RORIE, INDIVIDUALLY & ON BEHALF OF ALL OTHER SIMILARLY SITUATED, | § § § § § | |
| Plaintiffs, | § | Civil Action No. 3:12-cv-4200 |
| v. | § § § | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, | § | |
| Defendant. | | |

## ORDER

Before the Court is Defendant's Motion to Stay All Proceedings Pending a Ruling on the Motion for Transfer and Consolidation by the Judicial Panel on Multidistrict Litigation ("Motion for Transfer") [Docket Entry #15]. The Motion is **GRANTED**. It is **ORDERED** that all proceedings in this action, including pretrial discovery and motion practice, is stayed until further Court notice and that all parties' obligations outlined in the Court's Order Requiring Scheduling Conference and Reports for Contents of Scheduling Order of December 5, 2012, are stayed pending a ruling on the Motion for Transfer.

**SO ORDERED**.

Dated: December 21, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS