

**3:12-cv-4200 Fw: Transferred case has been opened**

**InterDistrictTransfer TXND**    to: Docket Team               03/04/2013 03:40 PM
Sent by: **Gari Gonzalez**

| | |
|---|---|
| From: | InterDistrictTransfer TXND/TXND/05/USCOURTS |
| To: | Docket Team/TXND/05/USCOURTS@USCOURTS |
| Sent by: | Gari Gonzalez/TXND/05/USCOURTS |

Please docket acknowledgement.  Thanks!

Gari

Operations Assistance Team/Interdistrict Transfers
214-753-2240
----- Forwarded by Gari Gonzalez/TXND/05/USCOURTS on 03/04/2013 03:37 PM -----

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| To: | InterdistrictTransfer_TXND@txnd.uscourts.gov |
| Date: | 03/04/2013 02:50 PM |
| Subject: | Transferred case has been opened |

CASE: 3:12-cv-04200

DETAILS: Case transferred from Texas Northern
has been opened in District of Massachusetts
as case 1:13-cv-10486, filed 03/04/2013.